**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>    John T Lee<br>    Kristina M Lee<br>            Debtor(s) | Case No. 13-48922 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)  The case was filed on 12/24/2013.

2)  The plan was confirmed on 04/02/2014.

3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4)  The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5)  The case was dismissed on 12/13/2017.

6)  Number of months from filing to last payment: 47.

7)  Number of months case was pending: 56.

8)  Total value of assets abandoned by court order: NA.

9)  Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $25,982.47 |
| Less amount refunded to debtor | $1,289.75 |

**NET RECEIPTS:** $24,692.72

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,067.97 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,067.97

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Account Recovery Bureau | Unsecured | 2,205.60 | NA | NA | 0.00 | 0.00 |
| Afni, Inc. | Unsecured | 1,163.76 | NA | NA | 0.00 | 0.00 |
| AUTOVEST LLC | Unsecured | 6,623.16 | 6,623.16 | 6,623.16 | 3,635.07 | 0.00 |
| CAINE & WEINER | Unsecured | 174.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY INVESTMENTS | Unsecured | NA | 162.14 | 162.14 | 69.21 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 407.38 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Cbe Group | Unsecured | 291.00 | NA | NA | 0.00 | 0.00 |
| CCS | Unsecured | 287.46 | NA | NA | 0.00 | 0.00 |
| CDA PONTIAC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 555.00 | 0.00 | 0.00 | 0.00 |
| Cks Financial | Unsecured | 734.00 | NA | NA | 0.00 | 0.00 |
| Collect Sys | Unsecured | 2,892.00 | NA | NA | 0.00 | 0.00 |
| Collection Svcs Of Ind | Unsecured | 722.00 | NA | NA | 0.00 | 0.00 |
| Collection Svcs Of Ind | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1,117.12 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 819.72 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,609.00 | 1,901.04 | 1,901.04 | 972.05 | 0.00 |
| COOK COUNTY TREASURER | Secured | NA | NA | NA | 0.00 | 0.00 |
| Credit Collections Svc | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| CRS Management | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ctr for Pediatric Gastroenterology | Unsecured | 102.03 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES INC | Unsecured | 220.00 | NA | NA | 0.00 | 0.00 |
| CUSTOM COLLECTION SERVICES INC | Unsecured | 141.00 | 220.00 | 220.00 | 120.74 | 0.00 |
| Emmett P. Grady, DDS | Unsecured | 680.83 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| ER Solutions, Inc. | Unsecured | 1,163.76 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| FMS Services | Unsecured | 865.89 | NA | NA | 0.00 | 0.00 |
| Franciscan Alliance, Inc. | Unsecured | 2,205.60 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Franklin Collection Service | Unsecured | 267.54 | NA | NA | 0.00 | 0.00 |
| GALWAY FINANCIAL SERVICES LLC | Unsecured | NA | 600.00 | 600.00 | 318.06 | 0.00 |
| GENESIS FINANCIAL & PYMT SYS | Unsecured | 367.00 | NA | NA | 0.00 | 0.00 |
| Hillcrest Davidson & A | Unsecured | 1,114.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| Ice Mountain Water | Unsecured | 48.66 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE CO | Unsecured | 267.00 | 466.73 | 466.73 | 256.16 | 0.00 |
| ILLINOIS COLLECTION SVC | Unsecured | 717.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 638.63 | 638.63 | 338.54 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 555.00 | 555.00 | 294.20 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 214.46 | 214.46 | 117.71 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 19,592.38 | 14,571.14 | 6,178.93 | 3,606.58 | 0.00 |
| K & S Music | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Ko Brenner Merican | Unsecured | 50.89 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 722.43 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MCSI/RMI | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 850.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 129.26 | NA | NA | 0.00 | 0.00 |
| Mira Med Revenue Group | Unsecured | 2,205.60 | NA | NA | 0.00 | 0.00 |
| Mira Med Revenue Group | Unsecured | 448.00 | NA | NA | 0.00 | 0.00 |
| Miracle Financial, Inc. | Unsecured | 750.06 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 1,820.00 | 1,820.00 | 998.90 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 250.00 | 250.00 | 123.15 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | 200.00 | 200.00 | 109.77 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 486.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | 195.42 | NA | NA | 0.00 | 0.00 |
| NAVIENT SOLUTIONS INC | Unsecured | NA | 21,583.61 | 0.00 | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 4,423.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,923.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,211.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 783.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 641.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 191.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 1,140.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 353.80 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,773.50 | 2,838.24 | 2,838.24 | 1,557.74 | 0.00 |
| NICOR GAS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Palomar Associates | Unsecured | 551.00 | NA | NA | 0.00 | 0.00 |
| Palomar Associates | Unsecured | 29.76 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI | Unsecured | 1,764.00 | NA | NA | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES | Secured | 8,750.00 | 11,074.00 | 2,774.14 | 2,774.14 | 301.35 |
| PERITUS PORTFOLIO SERVICES | Unsecured | 2,324.00 | 2,182.07 | 2,182.07 | 1,197.62 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 487.00 | 413.04 | 413.04 | 226.69 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | NA | 487.25 | 487.25 | 267.42 | 0.00 |
| QVC | Unsecured | 488.55 | NA | NA | 0.00 | 0.00 |
| Remex Inc | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS | Unsecured | 258.18 | 258.18 | 258.18 | 127.17 | 0.00 |
| RPM | Unsecured | 725.47 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT | Unsecured | 1,413.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 1,163.76 | 1,163.76 | 638.72 | 0.00 |
| ST JAMES HOSPITAL & HEALTH CEN | Unsecured | 1,969.42 | 2,206.42 | 2,206.42 | 1,210.98 | 0.00 |
| St. Margaret Mercy ER Physicians | Unsecured | 33.50 | NA | NA | 0.00 | 0.00 |
| Stellar Rec | Unsecured | 1,413.00 | NA | NA | 0.00 | 0.00 |
| TATE & KIRLIN | Unsecured | 106.16 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| TORRES CREDIT SVC | Unsecured | 291.78 | NA | NA | 0.00 | 0.00 |
| TRUST REC SV | Unsecured | 509.00 | NA | NA | 0.00 | 0.00 |
| ummer Wood | Unsecured | 4,820.82 | NA | NA | 0.00 | 0.00 |
| Unique National Collec | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | 0.00 | 105.69 | 105.59 | 43.09 | 0.00 |
| USA FUNDS SALLIE MAE SERVICING | Unsecured | 6,193.00 | NA | NA | 0.00 | 0.00 |
| USA FUNDS SALLIE MAE SERVICING | Unsecured | 5,087.00 | NA | NA | 0.00 | 0.00 |
| USA FUNDS SALLIE MAE SERVICING | Unsecured | 4,241.00 | NA | NA | 0.00 | 0.00 |
| USA FUNDS SALLIE MAE SERVICING | Unsecured | 3,752.00 | NA | NA | 0.00 | 0.00 |
| Valentine & Kebartas, Inc. | Unsecured | 1,467.36 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 614.00 | 603.07 | 603.07 | 319.69 | 0.00 |
| VERIZON WIRELESS | Unsecured | 3,645.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF LYNWOOD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| Village of Olympia Fields | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF PARK FOREST | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF WORTH | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| William G Sokol | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| WPI | Unsecured | 766.30 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $2,774.14 | $2,774.14 | $301.35 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$2,774.14** | **$2,774.14** | **$301.35** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$30,087.71** | **$16,549.26** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,067.97 |
| Disbursements to Creditors | $19,624.75 |
| **TOTAL DISBURSEMENTS:** | **$24,692.72** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/05/2018                           By: /s/ Tom Vaughn
                                                   Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**